

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2014

No. 04-14-00395-CV

Susan **COSTNER**,
Appellant

v.

**STATE** of Texas,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2000EM502104
Honorable Andy Mireles, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.  Costs of appeal are assessed against appellant.

It is so **ORDERED** on August 13, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle, Clerk